# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

LASHAWN EZELL, et al.,

    Plaintiffs,

v.

JAMES CASSIDY, et al.,

    Defendants.

Case No. 2:21-cv-00474-APG-NJK

**ORDER**

On April 14, 2021, the parties filed a notice regarding service of the motion at Docket No. 1 on third-party witness Davion Allen. Docket No. 7. The parties appear to request an extension of time to serve the motion on Mr. Allen. *See id.* at 2, 3. "A request for a court order must be made by motion." Fed. R. Civ. P. 7(b)(1).

IT IS SO ORDERED.

Dated: April 15, 2021

                                          Nancy J. Koppe
                                          United States Magistrate Judge