# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LASHAWN EZELL, et al.,<br>    Plaintiffs,<br>v.<br>JAMES CASSIDY, et al.,<br>    Defendants. | Case No. 2:21-cv-00474-APG-NJK<br>**ORDER**<br>[Docket No. 11] |

Pending before the Court is the parties' motion for an extension of time to serve their motion for a Court order directing third-party witness Davion Allen to show cause why he should not be held in contempt for failing to comply with a subpoena. Docket No. 11; *see also* Docket No. 1 (parties' motion). The parties submit that, on April 16, 2021, they personally served their motion for a Court order on Mr. Allen at 8600 Starboard Avenue, #1176, Las Vegas, Nevada 89117. Docket No. 11 at 3; *see also* Docket No. 11-3 at 2.

For good cause shown, the parties' motion for an extension of time, Docket No. 11, is hereby **GRANTED**. No later than **May 7, 2021**, Mr. Allen must file a response to the parties' motion for a Court order directing him to show cause why he should not be held in contempt for failing to comply with a subpoena. The Clerk's Office is **INSTRUCTED** to mail this order to Mr. Allen at 8600 Starboard Avenue, #1176, Las Vegas, Nevada 89117.

IT IS SO ORDERED.

Dated: April 19, 2021

_____
Nancy J. Koppe
United States Magistrate Judge