# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LASHAWN EZELL, et al.,<br>    Plaintiffs,<br>v.<br>JAMES CASSIDY, et al.,<br>    Defendants. | Case No. 2:21-cv-00474-APG-NJK<br>**ORDER**<br>[Docket No. 1] |

Pending before the Court is the parties' motion for a Court order directing third-party witness Davion Allen to show cause why he should not be held in contempt for failing to comply with a deposition subpoena. Docket No. 1. Mr. Allen has now filed a response stating that he has agreed to appear for the requested deposition. Docket No. 13.

Accordingly, the parties' motion for a Court order directing Mr. Allen to show cause why he should not be held in contempt for failing to comply with a deposition subpoena, Docket No. 1, is hereby **DENIED** as moot. The Clerk's Office is **INSTRUCTED** to administratively close this matter.

Dated: May 18, 2021

    _____
    Nancy J. Koppe
    United States Magistrate Judge

1